■ The People of the State of New York, Respondent, v Denzel Allen, Appellant. [764 NYS2d 629] —Judgment, Supreme Court, Bronx County (Robert Cohen, J.), rendered April 14, 2000, convicting defendant, upon his plea of guilty, of criminal possession of a forged instrument in the second degree and bribery in the third degree, and sentencing him to concurrent terms of six months, unanimously affirmed.

After affording defendant a sufficient opportunity to be heard, the court properly exercised its discretion in denying defendant's motion to withdraw his guilty plea (*see People v Alexander*, 97 NY2d 482, 483-484 [2002]; *People v Frederick*, 45 NY2d 520 [1978]). The record establishes that the plea was

knowing, intelligent and voluntary, and that counsel provided effective assistance in connection with both the plea and the withdrawal motion. We have considered and rejected defendant's remaining claims. Concur—Saxe, J.P., Rosenberger, Williams, Lerner and Friedman, JJ.